# United States District Court

### WESTERN DISTRICT OF WASHINGTON

EMPLOYEE PAINTERS' TRUST HEALTH &
WELFARE FUND, et al.,

                 PLAINTIFFS,

        v.

BRIAN BESSEY, JR. and ROBIN BESSEY,

                 DEFENDANTS

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:  C08-5205FDB

_____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X\_\_\_\_ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

 IT IS ORDERED AND ADJUDGED

Plaintiffs' Motion for Summary Judgment [Dkt. # 15] is **GRANTED**.

\_\_October 19, 2009\_\_

\_\_\_\_BRUCE RIFKIN\_\_\_\_
Clerk

/s/  Pat LeFrois

Deputy Clerk